DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**BRETT W. CORMIER,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D21-3615

[June 9, 2022]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; John S. Kastrenakes, Judge; L.T. Case No. 502010CF006092A.

Brett W. Cormier, Okeechobee, pro se.

No brief filed for appellee.

PER CURIAM.

*Affirmed.*

WARNER, GERBER and KLINGENSMITH, JJ., concur.

\*      \*      \*

***Not final until disposition of timely filed motion for rehearing.***